IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER LEE CLARK,

      Petitioner,

v.                                  Case No. 5D17-2781

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed September 29, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

James S. Purdy, Public Defender and
Cassie Rex, Assistant Public Defender,
Daytona Beach, for Petitioner.

No Appearance for Respondent.


PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the July 18, 2017, judgment and sentence in Case No. 2017-300241-CFDB, in the Circuit Court in and for Volusia County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).


      PETITION GRANTED.


TORPY, WALLIS and LAMBERT, JJ., concur.